Nos. 2555, 2557, 2562, 2564 y 2571. — BENÍTEZ, aplte., *v.* CALZADA, ALCAIDE, apdo. — C. D. Humacao. Julio 24, 1924. *Habeas corpus.* Resueltos por los fundamentos del caso No.

2556, *Benítez* v. *Calzada*, de julio 24, 1925 (pág. 541) confirmándose las sentencias apeladas.